

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/23/2025 11:33:45 AM
CHRISTOPHER A. PRINE
Clerk

RDATE 4/7/2025

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

**TO:    15TH COURT OF APPEALS**

**From:  Deputy Clerk: KATRINA SOLOMON**
**Marilyn Burgess, District Clerk**
**Harris County, T E X A S**

**CAUSE: 2024-78536    COURT: 11TH    RELATED APPEAL: 2024-78536**

**CASE STATUS: READY DOCKET         IMAGE #(S): 119883351, 119811726**

**TENTATIVE DUE   5/2/2025       ATTORNEY 15454375**

**NOTICE OF APPEAL ASSIGNED TO THE   15TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:    4/2/2025**

**MOTION FOR NEW TRIAL DATE FILED   NONE**

**FINDINGS OF FACT & CONCLUSIONS OF LAW FILED   NONE**

**NOTICE OF APPEAL DATE FILED       4/22/2025**

**NUMBER OF DAYS: ( CLERKS RECORD )  10 DAYS**

**FILE ORDERED:  YES ☐   NO ☐   IMAGED FILED:  YES ☐   NO ☐**

**CODES FOR NOTICE OF APPEAL:  D, OA**

**COURT REPORTER:  MARK MILLER**

MARILYNN BURGESS
Harris County, District Clerk

By: /s/ *Katrina Solomon*

**KATRINA SOLOMON, Deputy**

BC - NOTICE OF APPEAL FILED
BG - NOTICE OF APPEAL FILED – GOVERNMENT
C - JUDGMENT BEING APPEALED
D - ACCELERATED APPEAL
OA - NO CLERK'S RECORD REQUEST FILED
O - CLERK'S RECORD REQUEST FILED (W/ NOTICE OF APPEAL)
NA - AMENDED NOTICE OF APPEAL
CR – CROSS APPEAL
H - PAUPER'S OATH FILED

AP9 R04-30-92 S:\FormsLib\Civil Bureau\Civil Courts & Post Judgment\Post Trial\Appeal Status Card          Revised 01-18-2013

CAUSE NO. 2024-78536

| | | |
|---|---|---|
| **In re Joshua David Heiliger, Individually, and on behalf of the Estate of Lauren Brittane Smith, deceased, and on behalf of Death Benefits Beneficiaries Joshua David Heiliger and Emma Destiny Heiliger** *Petitioner,* | § § § § § § § § | **IN THE DISTRICT COURT OF** |
| **v.** | § § § | **HARRIS COUNTY, TEXAS** |
| **Texas Department of Insurance, Division of Workers' Compensation; Jeff Nelson, Commissioner, Texas Department of Insurance, Division of Workers' Compensation, in His Official Capacity; Francesca Okonkwo, Administrative Law Judge, Texas Department of Insurance, Division of Workers' Compensation, in Her Official and Individual Capacities.** *Respondents* | § § § § § § § § § § § | **11ᵗʰ JUDICIAL DISTRICT** |

## NOTICE OF APPEAL FOR ACCELERATED APPEAL

REAL PARTY IN INTEREST FORT BEND COUNTY desires to appeal from the interlocutory "Order Denying Fort Bend County's Plea to the Jurisdiction and Motion to Dismiss" and the "Order Granting Temporary Injunction and Setting Trial on Merits" that were signed on April 2, 2025, and timely files this Notice of Appeal for Accelerated Appeal.

REAL PARTY IN INTEREST FORT BEND COUNTY requests that pursuant to Rule 15.2 of the Texas Rules of Judicial Administration, this matter be consolidated with the appeal previously noticed and filed by the State of Texas on behalf of Respondent Francesca Okonkwo, Administrative Law Judge, in her official capacity; the State's Notice of Appeal was filed under Texas Government Code § 22.220(d) that grants

exclusive intermediate appellate jurisdiction to the Fifteenth Court of Appeals.

Respectfully submitted,

DEAN G. PAPPAS LAW FIRM, PLLC

By:_____

      Dean G. Pappas
      State Bar No. 15454375
      dpappas@dgplawfirm.com
      Mary M. Markantonis
      State Bar No. 12986800
      mmarkantonis@dgplawfirm.com
      Lisa M. Teachey
      State Bar No. 24056416
      lteachey@dgplawfirm.com
      Marilyn J. Allen
      State Bar No. 24025225
      mallen@dgplawfirm.com
      8588 Katy Freeway, Suite 100
      Houston, Texas 77024
      713-914-6200-Telephone
      713-914-6201-Facsimile

      ATTORNEYS FOR
      REAL PARTY IN INTEREST
      FORT BEND COUNTY

# CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing instrument has been served in compliance with Rules 21 and 21(a) of the TEXAS RULES OF CIVIL PROCEDURE on this 22nd day of April 2025, as follows:

***Via Eserve:*** serv.russell@mf-txlaw.com
Russell L. Morris
Andrew W. Bruce
McBryde Franco, PLLC
11000 Richmond Avenue, Suite 350
Houston, Texas 77042

*Attorneys for Petitioner*

***Via Eserve:*** Sherlyn.harper@oag.texas.gov
Ken Paxton
Brent Webster
Ralph Molina
James Lloyd
Ernest C. Garcia
Sherlyn Harper
Office of the Attorney General of Texas
808 Travis Street, #1520
Houston, Texas 77002

*Attorneys for Respondent Francesca Okonkwo, Administrative Law Judge, Texas Department of Insurance, Division of Workers' Compensation, in her official capacity*

***Via Eserve:*** james.brazell@oag.texas.gov
James Z. Brazell
Assistant Attorney General, Administrative Law Division
P.O. Box 12548, Capital Station
Austin, TX 78711-2548

*Attorney for Respondent Francesca Okonkwo, Administrative Law Judge, Texas Department of Insurance, Division of Workers' Compensation, in her official capacity*

Lisa M. Teachey

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Hope Furlow on behalf of Lisa Teachey
Bar No. 24056416
hfurlow@dgplawfirm.com
Envelope ID: 99955537
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF APPEAL FOR ACCELERATED APPEAL
Status as of 4/22/2025 4:21 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LaVerne Chang | | chang@cardwellchang.com | 4/22/2025 4:08:36 PM | SENT |
| Suzan Cardwell | | cardwell@cardwellchang.com | 4/22/2025 4:08:36 PM | SENT |
| Cheryl Sowell | | sowell@cardwellchang.com | 4/22/2025 4:08:36 PM | SENT |
| Mary Markantonis | | mmarkantonis@dgplawfirm.com | 4/22/2025 4:08:36 PM | SENT |
| Marilyn Allen | 24025225 | mallen@dgplawfirm.com | 4/22/2025 4:08:36 PM | SENT |
| Russell Morris | 24099150 | serv.russell@mf-txlaw.com | 4/22/2025 4:08:36 PM | SENT |
| Hope Burnett-Furlow | | hfurlow@dgplawfirm.com | 4/22/2025 4:08:36 PM | SENT |
| Lisa M.Teachey | | lteachey@dgplawfirm.com | 4/22/2025 4:08:36 PM | SENT |
| Tanisha Doublin | | tdoublin@dgplawfirm.com | 4/22/2025 4:08:36 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 4/22/2025 4:08:36 PM | SENT |
| Dean Pappas | | dpappas@dgplawfirm.com | 4/22/2025 4:08:36 PM | SENT |
| Meridith Fischer | | Meridith.Fischer@oag.texas.gov | 4/22/2025 4:08:36 PM | SENT |
| Jacquelyn Compton | | admin@dgplawfirm.com | 4/22/2025 4:08:36 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 4/22/2025 4:08:36 PM | SENT |
| James Z.Brazell | | james.brazell@oag.texas.gov | 4/22/2025 4:08:36 PM | SENT |
| Sherlyn Harper | | Sherlyn.Harper@oag.texas.gov | 4/22/2025 4:08:36 PM | SENT |
| Pablo Franco | | serv.pablo@mf-txlaw.com | 4/22/2025 4:08:36 PM | SENT |
| Andrew Bruce | | serv.andrew@mf-txlaw.com | 4/22/2025 4:08:36 PM | SENT |
| Suzan  Cardwell | | cardwell@cardwellchang.com | 4/22/2025 4:08:36 PM | SENT |
| LaVerne  Chang | | Chang@cardwellchang.com | 4/22/2025 4:08:36 PM | SENT |

3/20/2025 3:29 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 98704339
By: Anais Aguirre
Filed: 3/20/2025 3:29 PM

Pgs-5

CAUSE NO: 2024-78536

| | | |
|---|---|---|
| In re Joshua David Heiliger, Individually, and on behalf of the Estate of Lauren Brittane Smith, deceased, and on behalf of Death Benefits Beneficiaries Joshua David Heiliger and Emma Destiny Heiliger *Petitioner*, | § § § § § § § § § § | IN THE DISTRICT COURT OF TINJX TRILX |
| v. | § § § | |
| Texas Department of Insurance; Francesca Okonkwo, Administrative Law Judge; Greater Houston Psychiatric Associates, PLLC, et al. *Respondents.* | § § § § § § § § § § | 11TH JUDICIAL DISTRICT |
| Fort Bend County, *Intervenor* | § § § § § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING TEMPORARY
## INJUNCTION AND SETTING TRIAL ON MERITS

TO THE HONORABLE JUDGE OF SAID COURT:

On this day, the Court considered Petitioner's Fourth Amended Verified Original Petition and Application Temporary Injunction ("Application") filed by Petitioner, Joshua David Heiliger, individually, and on behalf of the Estate of Lauren Brittane Smith, deceased, and on behalf of Death Benefits Beneficiaries Joshua David Heiliger, and Emma Destiny Heiliger.

Having considered the Application, the briefs filed by the parties, if any, and all evidence presented at the hearing before the Court, as well as taking judicial notice of the Court's file, the Court FINDS Petitioner's Verified Application for Temporary Injunction describes the alleged harm complained about and establishes t the claimed harm is imminent, that it is irreparable, and

Page 1 of 5

that Petitioner is without an adequate remedy at law, authorizing the Court to grant this order. The Court finds clear evidence, absent immediate restraint, Petitioner will suffer imminent and irreparable injury, and that these risks are imminent because the harm sought to be avoided relates to the disclosure of privileged and confidential records.

Specifically, the Court finds that:

(1) Petitioner has asserted valid causes of action against Respondents;

(2) Petitioner has demonstrated a probable right to relief or recovery; and

(3) If not restrained, Respondents will, in all likelihood, continue their actions against Petitioner, which will probably cause immediate and irreparable injury, for which there is no adequate remedy at law, including the impairment or loss of statutory and constitutional rights and privileges, and that remedy by appeal would be ineffective because, once revealed, the documents, and information contained therein, cannot be subsequently protected; and,

(4) That any resulting damages from an improper disclosure cannot be measured by any pecuniary standard.

Accordingly, the Court finds it necessary to preserve the status quo and safeguard Petitioner from imminent and irreparable harm by issuing this temporary injunction order against Respondents.

IT IS FURTHER THEREFORE ORDERED that a temporary injunction issue, and shall be effective and binding upon the signing of this order, without the need for issuance or service of a writ of injunction, pending trial of this cause on the merits, or the dismissal of this lawsuit as a result of this lawsuit as a result of settlement or release, restraining Respondents Okonkwo and or further order of this Court

Greater Houston Psychiatric Associates, PLLC, as well as any individuals or entities in active concert or participation with them who receive actual notice of the Order by personal service or otherwise, as follows:

(a) Disclosing, in any manner, Lauren Smith's mental health records containing privileged communications, or the privileged communications contained therein, from Greater Houston Psychiatric Associates, PLLC, and/or Dr. John Marcellus;

(b) Enforcing, attempting to enforce, or complying with, the order(s) and subpoena(s) issued by Respondent Okonkwo dated September 19, 2024, October 30, 2024, or January 27, 2025, compelling or ordering the inspection, copying, production, or disclosure of Lauren Smith's privileged mental health records.

IT IS FURTHER ORDERED that, in lieu of requiring Petitioner to execute and file a new bond for issuance of the temporary injunction, the $500.00 cash deposit filed by Petitioner and accepted by the Harris County District Clerk on or about November 13, 2024, in connection with the Temporary Restraining Orders signed in this lawsuit is hereby deemed extended in conformity with the law to the period during which the Temporary Injunction is in effect.

IT IS FURTHER ORDERED that this injunction shall remain in force and effect until further order of the Court. Trial on the merits in this matter is set for the two-week docket starting on Dec. 1, 2025 at a.m./p.m. which is a trial date more than ten (10) months from the date of the original filing of this proceeding.

Signed:
4/2/2025

Judge's Signature

Respectfully submitted,


/s/ Russell L. Morris
Russell L. Morris
State Bar No. 24099150
Andrew W. Bruce
State Bar No. 24113627
Pablo A. Franco
State Bar No. 24121625
MCBRYDE FRANCO, PLLC
11000 Richmond Avenue, Suite 350
Houston, TX 77042
(713) 223-7699
(512) 691-9072 [facsimile]
serv.russell@mf-txlaw.com

**ATTORNEYS FOR PETITIONER**

## CERTIFICATE OF SERVICE

I certify that the foregoing document to which this certificate is attached was served, prepaid and/or facsimile and/or EFILE, on the date below upon each listed party or, if of record in this cause, that party's named attorney of record at the respective last known address as follows:

**VIA E-FILE:**
Lisa M. Teachey
Dean G. Pappas Law Firm, PLLC
8588 Katy Freeway, Suite 100
Houston, TX 77024
lteachey@dgplawfirm.com

**ATTORNEY FOR INTERVENOR**

**VIA E-FILE:**
Sherlyn Harper
Office of the Attorney General of Texas
808 Travis Street, #1520
Houston, TX 77002
Sherlyn.harper@oag.texas.gov

James Z. Brazell
Assistant Attorney General, Administrative Law Division
P.O. Box 12548, Capital Station
Austin, TX 78711-2548
james@brazell@oag.texas.gov

**ATTORNEYS FOR RESPONDENT,
FRANCESCA OKONKWO,
ADMINISTRATIVE LAW JUDGE**

**VIA E:FILE:**
LaVerne Chang
Suzan Cardwell
Cardwell & Chang, PLLC
511 Lovett Blvd.
Houston, TX 77006
chang@cardwellchang.com
cardwell@cardwellchang.com

**ATTORNEYS FOR RESPONDENT,
GREATER HOUSTON PSYCHIATRIC
ASSOCIATES, PLLC**

Date: March 20, 2025                    _/s/ Russell Morris_____
                                        Russell Morris

3/20/2025 12:40:46 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 98690123
By: OUGRAH, CHANCESAS
Filed: 3/20/2025 12:40:46 PM
Pgs-1
PJURY
DISMY

CAUSE NO: 2024-78536

| | | |
|---|---|---|
| In re Joshua David Heiliger, Individually, and on behalf of the Estate of Lauren Brittane Smith, deceased, and on behalf of Death Benefits Beneficiaries Joshua David Heiliger and Emma Destiny Heiliger *Petitioner,* <br><br> v. <br><br> Texas Department of Insurance; Francesca Okonkwo, Administrative Law Judge; Greater Houston Psychiatric Associates, PLLC, et al. *Respondents.* <br><hr> Fort Bend County, *Intervenor* | § § § § § § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF <br><br><br><br><br><br><br><br> 11TH JUDICIAL DISTRICT <br><br><br><br><br><br> HARRIS COUNTY, TEXAS |

## ORDER DENYING FORT BEND COUNTY'S
## PLEA TO THE JURISDICTION AND MOTION TO DISMISS

After considering Real Party in Interest's First Amended Plea to the Jurisdiction and Motion to Dismiss, filed by Fort Bend County as a Real Party in Interest, any timely responses and/or replies thereto, any argument of counsel, the Court finds is of opinion the Plea to the Jurisdiction and Motion to Dismiss should be **DENIED**.

Signed on this the _____ day of _____, 2025.

Signed:
4/2/2025

_____
PRESIDING JUDGE

1



| CASE NUM: | 202478536 | PJN: | 🔍 | TRANS NUM: | | CURRENT COURT: | 11 | PUB: | Please Select ▼ |

| CASE TYPE: | OTHER CIVIL | | CASE STATUS: | READY DOCKET |
| STYLE: | HEILIGER, JOSHUA (INDIVIDUALLY AND ON BEHALF ( | VS | TEXAS DEPARTMENT OF INSURANCE WORKERS' COI |

**** ACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|
| ☐ | | 00011 - 0001 | DEF | 24056416 | REAL PARTY IN INTEREST FORT BEND COUNTY | | TEACHEY, LISA MARIE |
| ☐ | | 00010 - 0001 | AGT | | GREATER HOUSTON PSYCHIATRIC ASSOCIATES F | | |
| ☐ | | 00009 - 0001 | DEF | 03791300 | GREATER HOUSTON PSYCHIATRIC ASSOCIATES F | | CARDWELL, SUZAN K. |
| ☐ | | 00007 - 0001 | DEF | | OKONKWO, FRANCESCA (ADMINISTRATIVE LAW JI | | |
| ☐ | | 00006 - 0001 | DEF | | BROWN, CASSIE (COMMISSIONER TEXAS DEPART | | |
| ☐ | | 00005 - 0001 | PLT | 24099150 | HEILIGER, EMMA DESTINY | | MORRIS, RUSSELL L. |
| ☐ | | 00004 - 0001 | PLT | 24099150 | HEILIGER, JOSHUA DAVID | | MORRIS, RUSSELL L. |
| ☐ | | 00003 - 0001 | PLT | 24099150 | ESTATE OF LAUREN BRITTANE SMITH (DECEASED | | MORRIS, RUSSELL L. |
| ☐ | | 00001 - 0001 | PLT | 24099150 | HEILIGER, JOSHUA (INDIVIDUALLY AND ON BEHAL | | MORRIS, RUSSELL L. |